```
                           United States Bankruptcy Court
                              District of New Mexico
In re:                                                      Case No. 19-10005-j
Kevin J. Leith                                              Chapter 7
DeAnn S. Griego
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 1084-1           User: cwilson            Page 1 of 1            Date Rcvd: Mar 11, 2019
                               Form ID: pdfor1          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db              +Kevin J. Leith,    PO Box 20001,    Albuquerque, NM 87154-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Andrew Paul Yarrington    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               andrew.yarrington@roselbrand.com,
               shaylynn.mckinney@roselbrand.com;Mitchell.Billings@roselbrand.com
              Jason Michael Cline    on behalf of Joint Debtor DeAnn S. Griego jason@attorneyjasoncline.com
              Jason Michael Cline    on behalf of Debtor Kevin J. Leith jason@attorneyjasoncline.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              Yvette J. Gonzales    yjgllc@yahoo.com,  yg@trustesolutions.net
                                                                                             TOTAL: 5

**IT IS ORDERED**

**Date Entered on Docket: March 11, 2019**

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

KEVIN J. LEITH
DEANN S. GRIEGO

Case No. 7-19-10005-JA

Debtors.

### DEFAULT ORDER GRANTING NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER LOCATED AT 13632 MOUNTAIN W CT. S ALBUQUERQUE, NEW MEXICO 87123

This matter came before the Court on the Motion for Relief from Automatic Stay for the Abandonment of Property to Nationstar Mortgage LLC D/B/A Mr. Cooper, filed on 2/01/2019, (DOC 13) (the "Motion") by Nationstar Mortgage LLC D/B/A Mr. Cooper ("Creditor"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On February 1, 2019, Creditor served the Motion and a notice of the Motion (the "Notice") on Jason Michael Cline, Attorney for Debtors, and Yvette J. Gonzales (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on the Debtors, Kevin J. Leith and

DeAnn S. Griego, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

(b) The Motion relates to the property located at 13632 Mountain W Ct. S Albuquerque, New Mexico 87123, more fully described as:

> LOT NUMBERED THIRTY-FIVE-P1 (35-P), OF THE PLAT OF COVERED WAGON SUBDIVISION, SECTION 26,T. 10 N., R 4 E, N.M.P.M., CITY OF ALBUQUERQUE, BERNALILLO COUNTY, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, ON MAY 02, 2006, IN PLAT BOOK 2006C, PAGE 140

including any improvements, fixtures, and attachments, such as, but not limited to, mobile homes (the "Property"). If there is a conflict between the legal description and the street address, the legal description shall control.

(c) The Notice provided for an objection deadline of 21 days from the date of service of the Notice, to which three days was added pursuant to Bankruptcy Rule 9006(f);

(d) The Notice was sufficient in form and content;

(e) The objection deadline expired on February 25, 2019;

(f) As of March 3, 2019, neither the Debtor nor the Trustee, nor any other party in interest, filed an objection to the Motion;

(g) The Motion is well taken and should be granted as provided herein; and

(h) By submitting this Order to the Court for entry, the undersigned counsel for Creditor certifies under penalty of perjury that, on the date this Order was presented Rose L. Brand & Associates, P.C. searched the data banks of the Department of Defense Manpower Data Center ("DMDC"), and found that the DMDC does not possess any information indicating that the Debtor is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Creditor and any and all holders of liens against the Property, of any lien priority, are hereby are granted relief from the automatic stay:

    (a) To enforce its rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security agreements, and/or other agreements to which Debtors are a parties, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtors or the Property, or both, in any court of competent jurisdiction; and

    (b) To exercise any other right or remedy available to it under law or equity with respect to the Property.

2. The Trustee is deemed to have abandoned the Property from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Property therefore no longer is property of the estate. As a result, Creditor need not name the Trustee as a defendant in any state court action it may pursue to foreclosure liens against the Property and need not notify the Trustee of any sale of the Property.

3. The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtors, in the event that a discharge order is entered. The Debtors can be named as a defendants in litigation to obtain judgment or to repossess the Property in accordance with applicable non-bankruptcy law, pursuant to any discharge order entered.

4. This Order does not waive Creditor's claim against the estate for any deficiency owed by the Debtors after any foreclosure sale or other disposition of the Property. Creditor may filed an amended proof of claim this bankruptcy case within thirty (30) days after a foreclosure sale of the Property, should it claim that Debtors owe any amount after the sale of the Property.

5. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

6. This order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

7. Creditor is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtors and to enter into a loan modification with the Debtors.

XXX END OF ORDER XXX

RESPECTFULLY SUBMITTED:

ROSE L. BRAND & ASSOCIATES, P.C.

By: */s/Andrew P. Yarrington*
ANDREW YARRINGTON
Attorney for Creditor
7430 Washington NE
Albuquerque, NM 87109
Telephone: (505) 833-3036
Andrew.Yarrington@roselbrand.com


Copied to:

Kevin J. Leith
DeAnn S. Griego
PO Box 20001
Albuquerque, NM 87154

Jason Michael Cline
Attorney for Debtors
320 Gold Ave SW Ste. 1128
Albuquerque, NM 87102
Telephone: (505) 595-0110
jason@attorneyjasoncline.com

Yvette J. Gonzales
Chapter 7 Trustee
PO Box 1037
Placitas, NM 87043-1037
Telephone: (505) 771-0700